IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 2:11-cv-3025 LKK GGH PS

    vs.

RYAN LINDSAY BREWER,

        Defendant.                ORDER

_____/

       On July 11, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  Objections were filed on July 23, 2012, and they were considered by the district judge.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1

1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the July 11, 2012 Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The government's motion for summary judgment, filed January 27, 2012, (dkt. no. 14), is granted in its entirety;

2. Brewer's cross-motion for summary judgment, filed June 15, 2012, (dkt. no. 29), is denied;

3. The following UCC-1 Financing Statements are declared null, void, and of no legal effect, and the Secretary of State of California is hereby directed to expunge them from her records as follows:

   A. UCC Financing Statement, Filing Number 10-7253628993, filed December 7, 2010, by Ryan Lindsay Brewer against Clifford J. White III, Director of the Executive Office for United States Trustees;

   B. UCC Financing Statement, Filing Number 11-7281678768, filed August 16, 2011, by Ryan Lindsay Brewer against Wayne Blackwelder, Clerk of Court, United States Bankruptcy Court, Eastern District of California, and Clifford J. White III;

   C. UCC Financing Statement, Filing Number 11-7281679153, filed August 16, 2011, by Ryan Lindsay Brewer against Wayne Blackwelder and Clifford J. White III;

4. Leave is granted for plaintiff to file the judgment and order of this court with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to the above specified UCC Financing Statements have or may have been filed by defendant;

5. Defendant Ryan Lindsay Brewer, his agents, employees, and all others acting in active concert or participation with him, are permanently enjoined from filing, or attempting to file, any document or instrument which purports to create or reflect any non-consensual lien or

encumbrance against the person or property of the above-named court officers, or other employees or officers of the United States.  This permanent injunction does not prevent Brewer from applying to any state or federal court of competent jurisdiction in order to obtain relief of any non-frivolous legal claim, and this injunction does not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction; and

     6.  This case is closed.

DATED: August 31, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3